**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| TEAMSTERS LOCAL 251 HSIP, ET. AL. *Plaintiffs*, : | |
| v. : | C.A. 04-352ML |
| CLASSIC COACH, d/b/a/ ROAD ISLAND RED *Defendant*. : | |

FILED JUN 09 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**PLAINTIFFS' MOTION TO ATTACH**

Now come Plaintiffs, by and through their attorney, and move that TEAMSTERS LCOAL 251 HEALTH SERVICES AND INSURANCE PLAN ET. AL. be permitted to attach the goods and chattels and real estate of CLASSIC COACH, d/b/a ROAD ISLAND RED of West Greenwich, Rhode Island and also to attach the personal estate of CLASSIC COACH, d/b/a ROAD ISLAND RED in the hands or possession of Centreville Savings Bank, West Warwick, Rhode Island as said trustee of the said CLASSIC COACH, d/b/a ROAD ISLAND RED and also to attach its stock or shares in any backing association or incorporated company to the value of $43,085.99.

As reason therefore, Plaintiffs' attorney offers the accompanying affidavit.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorney,

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

Dated: June 6, 2005

CERTIFICATION

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 8 day of June, 2005, to the following party of record:

John P. Gauvin, President
Classic Coach, Inc.
12 Whispering Pines Terrace
West Greenwich, RI 02817

Classic Coach, Inc. d/b/a Road Island Red
P.O. Box 1005
Coventry, RI 02816