**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HSIP, ET. AL. *Plaintiffs*, v. CLASSIC COACH, d/b/a/ ROAD ISLAND RED *Defendant*. | : | C.A. 04-352ML |

**AFFIDAVIT IN SUPPORT OF PLAINTIFFS' MOTION TO ATTACH**

Now come Plaintiffs, by and through their attorney, Elizabeth A. Wiens, and under oath state as follows:

1. I, Elizabeth A. Wiens, am attorney for Plaintiffs in the above-entitled matter.

2. Classic Coach, d/b/a/ Road Island Red is indebted to Plaintiffs in the amount of $43,085.99.

3. Teamsters Local 251 Health Services and Insurance Plan, et. al. have a just claim against Classic Coach, d/b/a/ Road Island Red, as evidenced by Plaintiffs' Judgment against Classic Coach, d/b/a/ Road Island Red, attached hereto as Exhibit 1, and named in said writ that is due, upon which they expect to recover in said action a sum sufficient to give jurisdiction to this Court.

Elizabeth A. Wiens, Esq.

Subscribed and sworn to before me on this 8 day of June, 2005 at North Kingstown, Rhode Island.

Notary Public
My commission expires: 7/12/05

CERTIFICATION

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 7 day of June, 2005, to the following party of record:

John P. Gauvin, President
Classic Coach, Inc.
12 Whispering Pines Terrace
West Greenwich, RI 02817

Classic Coach, Inc. d/b/a Road Island Red
P.O. Box 1005
Coventry, RI 02816