# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HSIP, ET. AL. *Plaintiffs*, | : | |
| v. | : | C.A. 04-352ML |
| CLASSIC COACH, d/b/a/ ROAD ISLAND RED *Defendant*. | : | |

**JUDGMENT**

On March 28, 2005, Plaintiffs requested that this Court enter judgment by default against Defendant pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. The issues have been addressed and a decision has been rendered. Plaintiffs' Motion is granted and it is hereby

**ORDERERD AND ADJUDGED:**

Judgment shall enter for Plaintiffs in the amount of $43,085.99.

ENTER:

Mary M. Lisi USDJ 4/26/05

PER ORDER:

D. Durand
Deputy Clerk
4-26-05

Presented by:

Elizabeth A. Wiens, Esq. (#6827)
Gursky Law Associates
420 Scrabbletown Road, Ste. C
N. Kingstown, RI 02852
Tel. 401-294-4700
Fax.401-294-4702

Attest to True Copy
DAVID A. DIMARZIO
Deputy Clerk



8

**The President of the United States of America**

**To the Marshal of the United States for the District of Rhode Island, or his Deputy-GREETING:**

**WE COMMAND YOU to attach the goods and chattels and real estate of** Classic Coach d/b/a Road Island Red

**and them in safe custody keep; and also to attach the personal estate of the said** Classic Coach d/b/a Road Island Red

**in the hands or possession of** Centreville Savings Bank of West Warwick, RI

**and also attach** its **stock or shares in any banking association or incorporated company to the value of** $43,085.99 **dollars; and to summon the said** Classic Coach d/b/a Road Island Red

**to answer the complaint of** Teamsters Local 251 HSIP, et al

**at our District Court to be holden at Providence within and for said district in a civil action, this writ being a writ of process in addition to and in aid of a summons issued by the clerk of said District Court in a civil action commenced by a complaint filed with said Court on** August 17, 2004

**to the damage of the plaintiff**s**, as** they **say**, $43,085.99 **dollars.**

**Hereof fail not, and make true return of this writ, with your doings thereon.**

**WITNESS, the Hon.________________, Judge of said Court, at Providence, this ______ day of** June, 2005 **, A.D.** ~~1999~~

____________________

**Clerk.**