**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **TEAMSTERS LOCAL 251 HSIP, et al** | : | |
| **vs** | : | **C. A. NO.: 04-352ML** |
| **CLASSIC COACH d/b/a RHODE ISLAND RED** | : | |

**ANSWER OF GARNISHEE**
**CENTREVILLE SAVINGS BANK**

I, Tracey A. Demers, Assistant Secretary, Centreville Savings Bank, being duly sworn, says that she was served with a Writ of Attachment on July 6, 2005.

Affiant further says that at the time of service of the Writ, according to the records of Centreville Savings Bank, said Bank did not have nor now has in its possession or under its control, any personal property or credits of any description whatever, belonging to the Defendant or in which Defendant has any interest and is in no manner liable as a Garnishee of this action.

**CENTREVILLE SAVINGS BANK**

Tracey A. Demers

**TRACEY A. DEMERS**
**Assistant Secretary**
**Centreville Savings Bank**
**1218 Main Street**
**West Warwick, Rhode Island 02893**

**STATE OF RHODE ISLAND**
**COUNTY OF KENT**

Subscribed and sworn to before me, in West Warwick, on the 13th day of July, 2005, by Tracey A. Demers, Assistant Secretary, Centreville Savings Bank.

Lisa M. Champagne
NOTARY PUBLIC
My Commission Expires: 1/22/07

... M. CHAMPAGNE
NOTARY PUBLIC #50910
MY COMMISSION EXPIRES 1/22/07

## CERTIFICATION

The undersigned hereby certifies that I mailed a copy of the within Answer to Gursky Law Associates, Attorney for the Plaintiff, at 420 Scrabbletown Road, Suite C, North Kingstown, Rhode Island 02852, by regular mail, postage prepaid, on the 13 day of June, 2005.

Tracy A. Demers